# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
APR 1 8 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clarence Vaughn

(Full name of the Plaintiff(s) in this action)

v.

Blake Maness
John Michael Hill
David Clark, Jesse Riddle
Wendy Williams
George Johnson

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:24-CV-67-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Clarence Vaughn

Place of Confinement: McCracken County Jail

Address: 400 S 7th St

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Blake Maness__ is employed as __MCSO__ at __MCSO__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __John Michael Hill__ is employed as __Sheriff__ at __MCSO__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __David Clark__ is employed as __Sheriff__ at __MCSO__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant __Jesse Riddle__ is employed as __Sheriff__ at __MCSO__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(5) Defendant __George Johnson__ is employed as __Sheriff__ at __MCD__.

The Defendant is being sued in his/her ( ) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( ✗ ) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was arrested March 11th, 2023. Upon my arrest while I was being Detained I was repeatedly called a nigger. I feared for my life due to the excessive force the officers were using, so I fled on foot. I was Apprehended and beat over the head repeatedly. I've had brain injuries prior to this incident and the brutal force that was used has left me permanently scared mentally and physically.

After I was arrested I needed Immediate medical Attention, but was given none. I was at the hospital for a total of 20-30 minutes, and during that time the only thing that occured was my blood being taken. The matter was rushed due to the officers mistakes.

4

### III. STATEMENT OF CLAIM(S) continued

I was not given a chance to explain what happened to me. Since the incident I've experienced memory loss, scattred thoughts, and loss of concentration. Since my incarceration I have sought out medical attention, but have still recieved none. I Truly beleive Permanent Damage was caused on that day.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 2,500,000

___ grant injunctive relief by _____

___ award punitive damages in the amount of $ _____

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 3 day of February, 20 24

_Clacanvallyn_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____ .

_____
(Signature)

6

Clarence Vaughn
Fulton County Detention Center
2010 South 7th St.
Hickman, KY 42050

EVANSVILLE IN 476
16 APR 2024 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
APR 18 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
501 Broadway Ste. 127
Paducah, KY 42001-6801

JAIL MAIL UNCENSORED

42001-685627

---

Clarence Vaughn
Fulton County Detention Center
2010 South 7th St.
Hickman, KY 42050

EVANSVILLE IN 476
16 APR 2024 PM 2 L



FILED
JAMES J. VILT, JR. - CLERK
APR 18 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
501 Broadway Ste. 127
Paducah, KY 42001-6801

JAIL MAIL UNCENSORED

42001-685627

Uncensored Inmate Mail

© USPS 2019

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

FSC MIX Envelope FSC® C137131